## AT A CIRCUIT COURT, AT GREENSBURGH, NOVEMBER 1803.

### CORAM, YEATES AND SMITH, JUSTICES.

## Leonard Silvius and John Silvius *against* Joseph Smith.

*Action of assumpsit, removed into the Circuit Court by the defendant, wherein the plaintiff recovers damages under 10l. he is not entitled to costs.*

THE plaintiffs declared in special assumpsit, and recovered against the defendant $17\frac{67}{100}$ damages, on a trial. The defendant removed the cause by *habeas corpus*, and the question arose whether the plaintiffs or defendant should pay the costs? ·

BY THE COURT. The act of 20th May 1767, § 3, (1 St. Laws 480) will not govern this point. The act of 5th April 1785, (2 St. Laws 304) was repealed by a temporary law of 19th April 1794, (3 St. Laws 536) and the repealing law ·by another act, (4 St. Laws 265) and does not expire till the end of the next session. The 1st section thereof extends the jurisdiction of jus- [*584] *tices of the peace from 5l. to 20l. and directs, that "any "person who shall bring any suit or action in other man- "ner than is provided by the act, in cases cognizable under the "act, and who shall not recover 20l. and more, shall not have "judgment therein for any costs by him expended."

The plaintiffs therefore should have instituted their suit before a justice of the peace, and having chosen another jurisdiction are not entitled to costs. The same point has been determined in bank within the present year.

Judgment for the plaintiff for the damages without costs.

Mr. Addison, *pro quer.* Mr. Ross, *pro def.*